IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| ANTONIO E. WRIGHT, | ) | |
|---|---|---|
| Plaintiff, | ) | Case No. 2:09-cv-216 |
| v. | ) | Judge Terrence F. McVerry |
| | ) | Magistrate Judge Lisa Pupo Lenihan |
| LT. JOHN YANCOSEK. *et al.,* | ) | ECF No. 36 |
| Defendants. | ) | |

**MEMORANDUM ORDER**

The Complaint in the above captioned case was received by the Clerk of Court on February 20, 2010, and was referred to United States Magistrate Judge Lisa Pupo Lenihan for pretrial proceedings in accordance with the Magistrate Judges Act, 28 U.S.C. §636(b)(1), and Local Rules of Court 72.C and 72.D.

The Magistrate Judge's Report and Recommendation (ECF No. 54), filed on August 3, 2010, recommended that the Motion for Judgment on the Pleadings filed by all Defendants (ECF No. 36) be granted and the case be dismissed with prejudice. The parties were informed that in accordance with the Magistrate Judges Act, 28 U.S.C. § 636(b)(1)(B) and (C), and Rule 72.D.2 of the Local Rules of Court, that they had fourteen (14) days to file any objections. Plaintiff requested an extension of time to file objections, which was granted, and objections were filed on September 20, 2010. A response to the objections was filed on October 1, 2010 and a reply was filed by Plaintiff on October 18, 2010. After review of the pleadings and documents in the case, together

1

with the Report and Recommendation and the objections and response and reply thereto, the following Order is entered:

**AND NOW**, this 24th day of March, 2011,

**IT IS HEREBY ORDERED** that the Motion for Judgment on the Pleadings filed by Defendants (ECF No. 36) is **GRANTED.**

**IT IS FURTHER ORDERED** that the Report and Recommendation (ECF No. 54) of Magistrate Judge Lenihan, dated August 3, 2010, is adopted as the opinion of the Court.

**IT IS FURTHER ORDERED** that judgment is entered in favor of Defendants and against Plaintiff, and the case marked closed.

 s/ Terrence F. McVerry  
United States District Judge

cc: Antonio E. Wright  
09497068  
F.C.I. at Gilmer  
P.O. Box 6000  
Glenville, WV 26351

Counsel of Record  
*Via Electronic Mail*